# United States District Court

Southern **DISTRICT OF** California

FILED
08 FEB 20 AM 10: 31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____ DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Priority Mail with Delivery Confirmation # 0307-1790-0004-4662-5204, addressed to Mark Thompson, 566 A Bristol St., Brooklyn, NY 11212. The parcel listed the return information of Joe Cortez, 317 Garrett St, Suite 203, Chula Vista, CA 91910 | **SEARCH WARRANT**<br><br>CASE NUMBER: **'08 MJ 0494** |
|---|---|

TO: Ana L. Flores, Postal Inspector        and any Authorized Officer of the United States

Affidavit(s) having been made before me by     Ana L. Flores     who has reason to
                                               Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Priority Mail with Delivery Confirmation # 0307-1790-0004-4662-5204, addressed to Mark Thompson, 566 A Bristol St., Brooklyn, NY 11212. The parcel listed the return information of Joe Cortez, 317 Garrett St, Suite 203, Chula Vista, CA 91910 which is in the custody of the U.S. Postal Inspection Service.

in the Southern                         District of California                         there is now
concealed a certain person or property, namely (describe the person or property)

> Controlled substances, materials, and documents reflecting the distribution of
> controlled substances through the United States Mail, including money paid for
> controlled substances, in violation of Title 21, United States Code, Sections
> 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   2/19/08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime —6:00 A.M. to 10:00 P.M.— (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to     **WILLIAM McCURINE, JR.**
as required by law.

2/19/08, 1013 hrs                           at     San Diego, CA
Date and Time Issued                               City and State

**WILLIAM McCURINE, JR.**                          /s/ W. McCurine
                        U.S. Magistrate Judge
Name and Title of Judicial Officer                 Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-19-08 | 2-19-08  11:25 am | USPS |

**INVENTORY MADE IN THE PRESENCE OF**
US Postal Inspectors A. Flores and C Whyte

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Delivery Confirmation # 0307-1790-0004-4662-5204
Large brown box contained styrofoam sheets which lined the interior of the box. Within this was a black plastic trash bag which contained a plastic container wrapped in various layers of black plastic and clear plastic and tape. Within the plastic container were 5 plastic wrapped bundles which contained field test positive marijuana which weighed approximately 11,812.2 grams

Flores 2/19/08

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Ana Flores

Subscribed, sworn to, and returned before me this date.

McKiernan, U.S. Judge        2/20/08